**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01511-CMA-CBS

TIMOTHY CUCICH,

      Plaintiff,

v.

DANA G. GARDNER,
KAREN MOODY,
FEDEX CORPORATION,
FEDEX GROUND PACKAGE SYSTEM, INC.,
FEDEX GROUND (STARRSHINE ENTERPRISES, INC.),
FEDEX, and
FEDERAL EXPRESS,

      Defendants.

---

**ORDER TO SHOW CAUSE**

---

This matter is before the Court *sua sponte.* Upon review of the case file, the

Court hereby

ORDERS that Defendants shall show good and sufficient cause, in writing, why

this case should not be remanded to state court based on lack of complete diversity,

within ten (10) days of the date of this Order.

DATED:  July __16__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge