**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01511-CMA-CBS

TIMOTHY CUCICH,

 Plaintiff,

v.

DANA G. GARDNER,
KAREN MOODY,
FEDEX CORPORATION,
FEDEX GROUND PACKAGE SYSTEM, INC.,
FEDEX GROUND (STARRSHINE ENTERPRISES, INC.),
FEDEX, and
FEDERAL EXPRESS,

 Defendants.

---

## ORDER REGARDING MOTION TO REMAND

---

 This matter is before the Court on its Order to Show Cause (Doc. # 10), Plaintiff's Motion for Remand to State Court (Doc. # 12) and Defendants' response to each (Doc. ## 13 and 23, respectively).  The Court has reviewed these documents and FINDS that the Court's Order to Show Cause has been satisfied.  It is, therefore,

 ORDERED that Plaintiff's Motion for Remand (Doc. # 12) is DENIED.

 DATED:  November __2__, 2009

              BY THE COURT:

              _____
              CHRISTINE M. ARGUELLO
              United States District Judge