IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 09-cv-01511-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: July 8, 2010 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| TIMOTHY CUCICH, | Saul Richard Sarney |
| Plaintiff, | |
| v. | |
| DANA D. GARDNER, *et al.*, | Michael Brice Sullivan |
| KAREN MOODY, | Lindsey M. Kneifl |
| Defendants. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 10:03 a.m.
Court calls case. Appearances of counsel.

Discussion and arguments regarding Motion to Compel Rule 35 Examination and for Forthwith Disposition, doc #[43], filed 6/8/2010.

The court cites relevant case law.

**ORDERED:** Defendants' Motion to Compel Rule 35 Examination and for Forthwith Disposition, doc #[43] is **GRANTED.** Plaintiff's examination is allowed to go forward.

HEARING CONCLUDED.

**Court in recess**: 10:23 a.m.
Total time in court: 00:20

---

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.