**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01511-CMA-CBS

TIMOTHY CUCICH,

      Plaintiff,

v.

FEDEX GROUND (STARRSHINE ENTERPRISES, INC.),
FEDEX, and
FEDERAL EXPRESS,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

      Pursuant to Plaintiff's Stipulation for Dismissal With Prejudice (Doc. # 68),

Plaintiff's Status Report and Notice of Dismissal (Doc. # 70), and in accordance with

Fed. R. Civ. P. 41(a)(1)(A)(i), it is hereby

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

its own costs, fees and expenses.  It is

      FURTHER ORDERED that the Final Trial Preparation Conference, set for

September 26, 2011, and the two-week jury trial, set to commence October 3, 2011, are

VACATED.

      DATED:  May __05__, 2011

                                BY THE COURT:

                                _____
                                CHRISTINE M. ARGUELLO
                                United States District Judge